IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-1186

**Plaintiff:**
DONALD STALKER,

**v.**

**Defendant:**
ASPEN SCHOOL DISTRICT.

## NOTICE OF REMOVAL TO FEDERAL COURT

Aspen School District (the "School District") by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby gives notice of removal of this case from Pitkin County District Court, Colorado to the United States District Court for the District of Colorado. As grounds therefore, the School District states as follows:

1. On or about April 8, 2019, Plaintiff filed a civil action in the Pitkin County District Court asserting claims of discrimination in violation of the Colorado Anti-Discrimination Act, interference with his rights under the Family and Medical Leave Act and retaliation in violation of the Family and Medical Leave Act.

2. Service of Plaintiff's Complaint was effected on April 15, 2019. A true and correct copy of the Complaint and other pleadings are attached as **Exhibit A** and incorporated by reference.

3. This Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. §1331 because Plaintiff's allegations of interference and retaliation in violation of the Family and Medical Leave Act arise under federal law.

4. Venue is proper in this Court because the State Court Action is pending in Colorado. *See* 28 U.S.C. § 1441(a).

5. This Notice of Removal is filed within thirty days of service of the Complaint and is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(d), the School District will provide prompt written notice of the removal of this action to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Pitkin County District Court as soon as this Notice of Removal has been filed in this Court.

7. Pursuant to D.C. Colo. L Civ R 81.1, the undersigned counsel certifies that there are no hearings set before the Pitkin County District Court from which this case is removed and all pleadings and process files therein are attached hereto.

WHEREFORE, the School District requests that the action now pending before the Pitkin County District Court, Colorado, Civil Action No. 2019cv30033, be removed to this Court, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted this 23rd day of April, 2019.

On behalf of Aspen School District

Michael W. Schreiner, #15226

CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone: 303-443-8010
mschreiner@celaw.com

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of April, 2019, a true and correct copy of the foregoing Notice of Removal was filed with the US District Court of Colorado, as well as mailed to the following:

Attorneys for Plaintiff
Theodore G. Hess, Esq. #31594
Kristin L. Bohman, Esq. #47880
Ted Hess & Associates, LLC
1110 8th Street
Glenwood Springs, CO  81601
ted@tedhess.com

s/*Kathi Donahue*
Kathi Donahue, Paralegal